**2010–1558. State v. Clementson.**

Cuyahoga App. No. 94230, 2010-Ohio-3424. Discretionary appeal accepted; cause held for the decision in 2009–1997, *State v. Hodge,* Hamilton App. No. C–080968; and briefing schedule stayed.

PFEIFER and LANZINGER, JJ., dissent.

**2010–1563. State v. Cole.**

Cuyahoga App. No. 93271, 2010-Ohio-3408. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decision in 2009–1997, *State v. Hodge,* Hamilton App. No. C–080968; and briefing schedule stayed.

PFEIFER and LANZINGER, JJ., dissent.